# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134393
134406

WILLIAM MILLER,
   Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
   Defendant,
   Cross-Defendant-Appellant,
and

PT WORKS, INC.,
   Cross-Plaintiff-Appellee.

SC: 134393
COA: 259992
Wayne CC: 03-325030-NF

_____

WILLIAM MILLER,
   Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
   Defendant,
   Cross-Defendant-Appellee,
and

PT WORKS, INC.,
   Cross-Plaintiff-Appellant.

SC: 134406
COA: 259992
Wayne CC: 03-325030-NF

_____/

On order of the Court, the applications for leave to appeal the May 31, 2007 judgment of the Court of Appeals are considered, and they are GRANTED. The parties shall include among the issues to be briefed whether PT Works must be incorporated under the professional services corporations act (MCL 450.221 *et seq.*) and, if so, whether the failure of PT Works to properly incorporate under the PSCA means that the physical therapy treatment it provided to the defendant's insured was not lawfully

rendered under the no-fault act (MCL 500.3101 *et seq.*). In addressing the latter issue, the parties are invited to consider the possible application of MCL 450.229, MCL 450.233, and MCL 450.1271(c).

The Attorney General, the Prosecuting Attorneys Association of Michigan, the Michigan Association for Justice, the Insurance Institute of Michigan, and the Business Law and Health Care Law Sections of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

Clerk

t1114